```
Brent H. Blakely (SBN 157292)
brentblakely@earthlink.net
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410
```

*Attorneys for Plaintiffs Artful Dodger, LLC; Bestford USA, Inc. dba Evisu; and Christian Casey LLC dba Sean John*

IN THE UNITED STATES DISTRICT COURT  OAKLAND

FOR THE NORTHERN DISTRICT OF CALIFORNIA ~~SAN JOSE~~

| | |
|---|---|
| ARTFUL DODGER, LLC, et al., | CASE NO. C 08-3159 ~~HRL~~ CW |
| Plaintiffs, | *STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE* |
| vs. | |
| OAKLAND FAMILY OUTLET, et al., | |
| Defendants. | |

1.

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1  WHEREAS, on October 14, 2008 the Court set a Case Management
2  Conference in the above-captioned matter for November 4, 2008 in Oakland,
3  California;
4  WHEREAS, November 4, 2008 is Election Day and Plaintiffs' counsel
5  resides in Los Angeles County and would like to ensure his ability to vote on that
6  day by not traveling to Northern California;
7  WHEREAS, Plaintiffs' counsel and Defendant Kil Cha Lee aka Cindy Lee
8  have stipulated to continue the Case Management Conference to November 18,
9  2008 at 2:00 p.m. in Court 2, 4th Floor, 1301 Clay Street, Oakland, California 94612.
10  THEREFORE, IT IS STIPULATED THAT the Case Management be
11  continued to November 18, 2008 at 2:00 p.m. in Court 2, 4th Floor, 1301 Clay Street,
12  Oakland, California 94612.

13  DATED: October ___, 2008           BLAKELY LAW GROUP

15                                     By: _____
16                                        Brent H. Blakely
                                          *Attorneys for Plaintiff Plaintiffs
17                                        Artful Dodger, LLC; Bestford
                                          USA, Inc. dba Evisu; and
18                                        Christian Casey LLC dba Sean
                                          John*

20  DATED: October ___, 2008

22                                     By: _____
23                                        Kil Cha Lee aka Cindy Lee
                                          *Defendant*

25                          ~~PROPOSED~~ ORDER

26      IT IS SO ORDERED.
27  DATED: October 31, 2008            _____
28                                     UNITED STATES DISTRICT JUDGE

2.
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1   WHEREAS, on October 14, 2008 the Court set a Case Management
2   Conference in the above-captioned matter for November 4, 2008 in Oakland,
3   California;
4   WHEREAS, November 4, 2008 is Election Day and Plaintiffs' counsel
5   resides in Los Angeles County and would like to ensure his ability to vote on that
6   day by not traveling to Northern California;
7   WHEREAS, Plaintiffs' counsel and Defendant Kil Cha Lee aka Cindy Lee
8   have stipulated to continue the Case Management Conference to November 18,
9   2008 at 2:00 p.m. in Court 2, 4th Floor, 1301 Clay Street, Oakland, California 94612.
10   THEREFORE, IT IS STIPULATED THAT the Case Management be
11   continued to November 18, 2008 at 2:00 p.m. in Court 2, 4th Floor, 1301 Clay Street,
12   Oakland, California 94612.

13   DATED: October 22, 2008            BLAKELY LAW GROUP

15                                      By: _____
16                                          Brent H. Blakely
                                            *Attorneys for Plaintiff Plaintiffs
17                                          Artful Dodger, LLC; Bestford
                                            USA, Inc. dba Evisu; and
18                                          Christian Casey LLC dba Sean
                                            John*

19
20   DATED: October 22, 2008

22                                      By: _____
                                            Kil Cha Lee aka Cindy Lee
23                                          *Defendant*

2.
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE