Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTFUL DODGER, LLC, a Delaware Limited Liability Company; BESTFORD USA INC., a Delaware Corporation dba EVISU; and CHRISTIAN CASEY LLC, a New York Limited Liability Corporation dba SEAN JOHN,<br><br>Plaintiffs,<br><br>vs.<br><br>OAKLAND FAMILY OUTLET, an unknown business entity; KIL CHA LEE, an individual; and DOES 1-10, inclusive, | CASE NO. C 08-3159 ~~HRL~~ CW<br><br>~~[PROPOSED]~~ *ORDER RE CONSENT JUDGMENT INCLUDING A PERMANENT INJUNCTION; VOLUNTARY DISMISSAL OF CASE WITH PREJUDICE* |

Plaintiffs Artful Dodger LLC, Bestford USA Inc., dba Evisu, and Christian Casey LLC dba Sean John (hereinafter collectively "Plaintiffs") and Defendants Oakland Family Outlet and Kil Cha Lee aka Cindy Lee (hereinafter collectively "Defendants") have entered into a Settlement Agreement and Mutual Release as to the claims in the above referenced matter.  Defendants, having agreed to consent to the below terms, it is hereby:

ORDERED, ADJUDGED, and DECREED as among the parties hereto that:

1.      This Court has jurisdiction over the parties to this Final Judgment and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

2. Plaintiffs have alleged that Defendants' purchase and sale of apparel falsely bearing Plaintiffs' Respective Trademarks constitutes trademark infringement and unfair competition under the Lanham Trademark Act, 15 U.S.C. § 1051, et seq. and under the common law.

3. Defendants and their agents, servants, employees and all persons in active concert and participation with it who receive actual notice of this Final Judgment are hereby permanently restrained and enjoined from infringing upon Plaintiffs' Respective Trademarks, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling and/or offering for sale any unauthorized product bearing Plaintiffs' Respective Trademarks, or marks confusingly similar to or constituting a colorable imitation thereof, and, specifically from:

(a) using Plaintiffs' Respective Trademarks or any reproduction, counterfeit, copy or colorable imitation of same in connection with the manufacture, importation, distribution, advertisement, offer for sale and/or sale of merchandise comprising not the genuine products of Plaintiffs, or in any manner likely to cause others to believe that the counterfeit products are connected with Plaintiffs or Plaintiffs' genuine merchandise;

(b) passing off, inducing or enabling others to sell or pass off any products or other items that are not Plaintiffs' genuine merchandise as and for Plaintiffs' genuine merchandise;

(c) committing any other acts calculated to cause purchasers to believe that Defendant's products are Plaintiffs' genuine merchandise unless they are such; and

(d) shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner items falsely bearing Plaintiffs' Respective Trademarks, or any reproduction, counterfeit, copy or colorable imitation of same.

1      4.    Plaintiffs and Defendants shall bear their own costs associated with this
2  action.
3      5.    The execution of this Final Judgment by Counsel for the parties shall
4  serve to bind and obligate the parties hereto.
5      6.    The jurisdiction of this Court is retained for the purpose of making any
6  further orders necessary or proper for the construction or modification of this Final
7  Judgment, the enforcement thereof and the punishment of any violations thereof.
8  Except as otherwise provided herein, this action is fully resolved with prejudice.
9      7.    This Final Judgment shall be deemed to have been served upon Defendant
10 at the time of its execution by the Court.

IT IS SO ORDERED.

DATE:    July 14_____, 2009    By: _____
    Hon. Claudia Wilken
    **United States District Judge**